United States District Court
Western District of Kentucky
Louisville, Division

3:17-cv- 580-DJH

Rma James,
Plaintiff

v.                          VERIFIED COMPLAINT

WalMart et al  Defendant 12981 Shelbyville Rd.
        I NATURE OF COMPLAINT
    Plaintiff, Reema James (hereinafter
Plaintiff) brings this action against Defendant
(hereinafter Defendant et al) alleging violations
of Title VII of the Civil Rights Act of 1964, as
amended, 42 U.S.C § 2000 et seq., in violation
of the Americans with Disabilities Act of 1990,
as amended, 42 U.S.C §12101 et seq., in violation
of the Age Discrimination in Employment Act
of 1967, as amended, 29 U.S.C. § 621 et seq.
and in violation of the Kentucky Civil Right
Act and Title 1 of the Americans with
Disabilities Act of 1990, as amended
Criminal threat     Medical Expenses
Threats of violence against individual
First Amendment, and Medical Expenses
Threaten death or bodily harm
 -physical threat, intentionally places or
attempts to place another person in fear
of imminent, serious physical injury
 -threatens to commit any crime of
violence with the intent to terrorize
another and with reckless disregard
of the risk of causing terror inconve-
                        nience
                ①

## II. PARTIES

2. James is a resident of the Commonwealth of Kentucky, who at all relevant times resided within the geographic boundaries of the Western District of Kentucky.

3. Defendants et al., is a Corporation that maintains offices and conducts business within the geographic environs of the Western District of Kentucky.

## III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 29 U.S.C. §621; 28 U.S.C. §1367; 42 U.S.C. §12117; and 42 U.S.C. §2000e-5(f)(3).

5. Jurisdiction is conferred on James' state law claims pursuant to 28 U.S.C §1367, because her state law claims arise from the same common nucleus of operative facts as her federal law claims from a single case and controversy under Article III of the United States Constitution.

6. Defendant is an "employer" as that term is defined by 29 U.S.C. §630(b); 42 U.S.C §12111(5)(A), 42 U.S.C. §12111(5)(A); 42 U.S.C §2000e(b) and KRS 344.030(2).

7. James was an "employee" as that term is defined by 29 U.S.C. §630(f); 42 U.S.C §12111(4) 42 U.S.C §2000e(f) and KRS 344.030(5).

8. James is a "qualified individual with a disability" as defined by the Americans with Disabilities Act. 42 U.S.C §§12102(2) and 12111(8) and Defendant knew of James'

②

disability and/or regarded Jones as being disabled and/or Jones has a record of being disabled.

9. Jones satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission against Defendant alleging discrimination based on her sex, religion, national origin, disability, age and retaliation. Jones received the required Notice of Right to sue and timely files this action.

10. A Substantial part of the events, transactions and occurrences relevant to this lawsuit arose within the geographical environs of the Western District of Kentucky; thus, venue is proper in this Court.

## IV FACTUAL ALLEGATIONS

11. James was born in 1963

12. James is Muslim.

13. James is a citizen of the United States of America.

14. James has permanent facial scarring from birth, a lop-sided waist that affects her ability to walk, and a hand deformity.

15. Defendant hired James as a cashier on or about April 25, 2016.

16. James work performance met or exceeded Defendant's legitimate expectations at all times.

③

I also believe that I was
terminated in retaliation for
having complained of
discrimination relevant
to Title VII of
the Civil Rights Act of
1964, as amended; the Age
Discrimination in Employment
Act of 1967, as amended;
and Title I of the Americans
w/ Disabilities Act of 1990,
as amended.

Charge number:
474-2017-00358

James complied with her schedule and work hours all the time through out her employment without calling in.

James' method of transportation was walking to work and walking back home. Even in snow days, James managed to always make it to work.

On or about 7/20/16 Amber Weigand a manager trainee who is highly disobe to Joanna the store manager persistently harass James and call her into the office, even sometimes before James starts her shift.

Amber Weigand had a strong dislike of James. Bullying James was pleaserable to Amber Weigand She said to me and to my face without a blink that "I have a missed up face."

Amber Weigand vocabulary was rich with low-grade slangs and idioms as she calls James names.

Amber Weigand loved to write James up.

Amber, a co-worker, wanted to have fun and humiliate James and have a bucket of water drop on James just like in the Halloween movie "Zary"

**Criminal Threat** Beverly Salazar, a co-worker, says to me, I will kill you. What is your name? Where do you live?

④

Beverly Salazar always say to every body lick my pussy.

On or about March 2, 2017, Amber Weigand told me that she is gonna fire me tomorrow.

The cops visited the store numerous times to talk with Beverly Salazar as she threatens me several times in her shift.

The whole WalMart family knew that Plaintiff gonna be fired tomorrow.

On or about March 3, 2017, Jones was assigned to cash register 1. Every one else was assigned to cash registers 14, 15, 16 and higher numbers.

The whole WalMart family knew. Joanna said, "I will let you do it this time." Wisely another trainee said, "We have to talk about your disobedience habits." One security guy smacked his palms together and said to Amber Weigand "you should not do this to Plaintiff. I have high blood pressure," and walked out.

On or about March 3, 2017, Amber Weigand must have paid lots of money to a relative of Beverly who is a member of a church choir. A vocalist and while checking her out. She will through a fist and scream and scream without stopping.

At all times relevant, and during Plaintiff shifts, plaintiff subdued customers who throw a violent act of throwing items at plaintiff with foul disregard and attempt to intimidate, shock, instill fear in plaintiff.

Anti-social customer behavior endorsed and funded by store management under the table against plaintiff is against company policy.

Pulling pranks on plaintiff by Amber just for fun and to humilate plaintiff is against company policy.

Management knew about Amber antisocial behavior as they provided pycalogical counselling and transferred her to the Wal-Mart Neighborhood Rocket located at 201 Blankenbaker PKWY Louisville, KY 40243 (502) 244-2904.

Management knew about Owen bad body smell like bathroom kaka. Still management put him in Customer Service Representative (CSR).

Management knew about Beverly Salazarr use of foul language and threats of killing plaintiff, who is from a protected class and to move plaintiff out of her way. This Anti-social behavior is against company policy.

10, 2016 and 17, 2016, 17, 2016 and 1, 2017, 3, 2017, 3, 2017 managent provided

psycological and police counselling for her and transferred her to 201 Blankenbaker Pkwy store.

Beverly told Human Resource husband to lick her pussy. H.R. Wayne Eastman came down with her husband to have a sex power game with Beverly.

Beverly explained that everything she says and does she learned from her community.

Subpeona Walmart records and tapes is mandatory.

Beverly always fight with co-worker. Beverm fought and hit Virginia, 3rd shift worker.

Beverly implementmented same controlling techniques at Blankenbaker Pkwy store. Beverly is a danger to society.

Gowen answer calls and identify himself as "Store Manager".

Plaintiff was denied the Appeal process. George at electronics tried to connect Plaintiff with the person who does Appeal.

Plaintiff was istruted to leave a message. Message never returned.

George left the company. Irvin at electronics left the company. Johannah left the company. Security guy left the company.

Beverly Salazar practice voodoo witchcraft. Beverly Salazar was a man last summer.

During, plaintiff employment at Wal.Mart she developed "Bone Spur" in her right foot. "Bone Spur" on internet is descibed as protrugion of a bone at the heel.

Another coworker has a bone spur and was able to place her lawsuit under Workers Comp.

Plaintiff health care providers has been covering the cost of medications and dockers visits.

Plaintiff health care providers are Wellcare, and Medcaid (the government)

Plaintiff asks the courts to find in her favor and order Wal.Mart to pay back Wellcare and Medicaid past expenses and all future expenses including all western medical treatments and the final western medical treatment of "Surgery".

Plaintiff was placed on "Amitriptylin 50 mg. T" Generic for "Elavil 50 mg. T" for nerve pain and "Duloxetine 60mg C" Generic for "Cymbalta 60 mg C. for severe depression and "Meloxicam 15mg T Generic for "Mobic 15 mg T" and "Pravastatin 40 mg T" Generic for "It does not say" for high B/P and Cholesterol.

Plaintiff pharmacy is Wal-Mart Neighborhood pharmacy.

## REQUESTED RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court find for her and order Defendant to:

1. Reinstate Plaintiff to the pay, salary and seniority level she would have enjoyed but for Defendant's unlawful actions; and/or payment to Plaintiff of front pay in lieu thereof.

2. Compensation for all lost wages, yearly bonus, and benefits incurred as a result of Defendant's unlawful actions.

3. Compensatory, Consequential and emotional distress damages.

4. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

5. Punitive Damages under Title VII;

6. Pre- and post-judgment interest on all sums recoverable;

7. All other legal and/or equitable damages that this court determines appropriate and just to grant.

Respectfully submitted
Rira James
P.O. Box 43832
Louisville, KY